IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA FOWLER       Plaintiff, | : | |
| v. | : | CIVIL NO. 10-5613 |
| NCO FINANCIAL SYSTEMS, INC.       Defendant. | : | |

**ORDER**

AND NOW, this 22nd day of February, 2011, upon notification that the issues between Plaintiff and Defendant in the above-captioned matter have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is hereby ORDERED and DECREED that the claims against said Defendant are DISMISSED with prejudice, pursuant to agreement of counsel and without costs.

BY THE COURT:

/s/  C. Darnell Jones, II